IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00062-CNS-TPO

EMPOWER ANNUITY INSURANCE COMPANY OF AMERICA, a Colorado corporation,

Plaintiff and Counter-Defendant,

v.

EMPOWER FINANCE, INC., a Delaware corporation,

Defendant and Counter-Claimant.

---

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

---

Before the Court is the Joint Stipulation of Dismissal by Empower Annuity Insurance Company of America and Empower Finance, Inc. (collectively, the "Parties"). ECF No. 146. After due consideration, the Court GRANTS the Stipulation and DISMISSES WITHOUT PREJUDICE all claims and counterclaims asserted by the Parties in the above-captioned case. The Court further orders the Parties to each bear their own attorneys' fees and costs.

Dated this 4th day of March 2025.

BY THE COURT

_____
Charlotte N. Sweeney
United States District Judge